# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RENEE HORTENSE BITYE AFANE,** | : | CIVIL ACTION NO. 1:10-CV-0072 |
| **Plaintiff** | : | (Judge Conner) |
| v. | : | |
| **JANET NAPOLITANO,** *et al.*, | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 7th day of April, 2010, upon consideration of defendants' unopposed motion (Doc. 6) to dismiss, wherein the government avers that the relief sought by plaintiff's writ of mandamus has been granted and that plaintiff's request is therefore moot, and it appearing that plaintiff sought adjudication of derivative asylum petitions for her seven children, (see Doc. 1), that these petitions have been approved and forwarded to the Department of State for processing, (Doc. 6 ¶ 2), and that plaintiff concurs in defendants' motion to dismiss, it is hereby ORDERED that:

1. The motion (Doc. 6) to dismiss is GRANTED. Plaintiff's request for relief is MOOT. See Blanciak v. Allegheny Ludlum Corp., 77 F.3d 690, 698-99 (3d Cir. 1996).

2. The Clerk of Court is instructed to CLOSE this case.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge